**George A. Amacker and Harriet M. Amacker, appellees, v. Ferdinand J. Karasek and Marjorie L. Karasek, appellants. Gen. No. 8,597.**

Opinion filed May 25, 1933.

Ferdinand J. Karasek, for appellants and pro se; Harry G. Weaver and William C. Atten, of counsel. Wheelock, Newey & Mackenzie, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

**Charlotte Osborn, administratrix of the estate of Roy Osborn, deceased, plaintiff in error, v. Homer L. Parkhill, defendant in error. Gen. No. 8,612.**

Opinion filed May 25, 1933. Rehearing denied June 23, 1933.

C. Helmer Johnson, Robert M. Niven and Chester Crabtree, for plaintiff in error. F. A. Ortman and Adsit, Thompson & Herr, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

**William H. Wrigney, appellant, v. Frank W. Lichtweiss, appellee. Gen. No. 8,614.**

Opinion filed May 25, 1933. Rehearing denied July 6, 1933.

Frank A. Hall, for appellant. Shurtleff & Niehaus, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

**A. W. Butterfield, appellee, v. August H. Meins et al., appellants. Gen. No. 8,617.**

Opinion filed May 25, 1933.

Sheldon & Brown, for appellants. Jacob Cantlin and Samuel Rubin, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.